# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**RE:  Tryphenia Jordan White**                          **Case No. 15-34182**

### <u>DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR</u>

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case

from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **<u>10th day</u>** of each and every month

thereafter until further Directive from the Trustee, the debtor(s) shall pay to SUZANNE E. WADE,

TRUSTEE, P.O.BOX 983, Memphis Tennessee 38101-0983, the sum of **<u>$300.00</u>** per month.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE

UNITED STATES BANKRUPTCY COURT.

Dated: <u>September 30, 2015</u>

                          **/S/Suzanne E. Wade**
                          Suzanne E. Wade, Trustee
                          Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) on
the date above written.

                          **/S/Suzanne E. Wade**
                          Suzanne E. Wade, Trustee